**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Tim Anderson, et al. v. Superintendant David Brown, et al.

Case Number: 2023 cv 2245

An appearance is hereby filed by the undersigned as attorney for:

City of Chicago and David Brown

Attorney name (type or print): John F. Kennedy

Firm: Taft Stettinius & Hollister LLP

Street address: 111 E. Wacker Dr., Suite 2800

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6196185
(See item 3 in instructions)

Telephone Number: 312-527-4000

Email Address: jkennedy@taftlaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ✔ Yes ☐ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 05/09/23

Attorney signature: S/ John F. Kennedy

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015