IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIM ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 23-cv-02245 |
| v. ) | |
| ) | Honorable Jorge L. Alonso |
| DAVID BROWN, *et al.*, ) | |
| ) | Magistrate Jeffrey T. Gilbert |
| Defendants. ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's order issued on November 20, 2025 (Dkt. 139), the parties jointly request that the date for conversion of the dismissal without prejudice in this case to dismissal with prejudice be extended to March 20, 2026.

In support thereof the parties state as follows:

1. This case was settled subject to the approval of the settlement by the City Council of the City of Chicago.

2. On January 21, 2026, the settlement of this case was approved by the City Council.

3. The parties' settlement agreement stated that the Defendants would have 60 days from City Council approval to issue the settlement funds to the Plaintiffs.

4. Plaintiffs have not yet received the settlement funds.

WHEREFORE, the parties request that the conversion of this dismissal to a dismissal with prejudice be extended until March 20, 2026.

Date: January 29, 2026

/s/ Janine L. Hoft
Tayleece Paul, Nora Snyder
Janine L. Hoft, Jan Susler
Brad J. Thomson, Ben Elson
PEOPLE'S LAW OFFICE

195435891v1

1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
tayleece@peopleslawoffice.com
norasnyder@peopleslawoffice.com
janinehoft@peopleslawoffice.com
brad@peopleslawoffice.com
ben@peopleslawoffice.com
jsusler@peopleslawoffice.com

Wallace Bertram Hilke
COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC
NORTHWESTERN PRITZKER SCHOOL OF LAW
375 East Chicago Avenue
Chicago, IL 60611-3609
312-503-8576
Wally.Hilke@law.northwestern.edu

Vanessa del Valle
Adam Joseph Smith
Annie Davey Prossnitz
KAPLAN & GRADY
2071 N. Southport Ave., Suite 205
Chicago, IL 60614
312-852-2184
vanessa@kaplangrady.com
Adam@kaplangrady.com
Prossnitz@kaplangrady.com

*Attorneys for Plaintiffs*

/s/ Joan E. Ahn
Special Assistant Corporation Counsel
Allan T. Slagel (aslagel@taftlaw.com)
John F. Kennedy (jkennedy@taftlaw.com)
Andrew S. Murphy (amurphy@taftlaw.com)
Adam W. Decker (adecker@taftlaw.com)
Joan E. Ahn (jahn@taftlaw.com)
Sara Schroeder (sschroeder@taftlaw.com)
Special Assistants Corporation Counsel
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312-527-4000

2

195435891v1

Anton Christopher Brown (cbrown@taftlaw.com)
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 977-8400

*Attorneys for Defendant City of Chicago*

195435891v1